## MORRIS *v.* THE STATE.

HUTCHESON, J. This case being for decision by a full bench of six Justices who are equally divided in opinion as to whether the court erred in refusing a new trial, Russell, C. J., Beck, P. J., and Atkinson, J., being of the opinion that the court erred, and Gilbert, Bell, and Hutcheson, JJ., being of the opinion that the court did not err, the judgment is affirmed by operation of law.

No. 10268. NOVEMBER 17, 1934.

*Jesse B. Simmons* and *Otey B. Mitchell*, for plaintiff in error.

*M. J. Yeomans*, attorney-general, *John A. Boykin*, solicitor-general, *J. W. LeCraw, B. D. Murphy, J. T. Goree, E. A. Stephens*, and *E. J. Clower*, contra.